FILED
OCTOBER 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>           Plaintiff,                          )<br>v.                                                      )<br>                                                        )<br>JOSEPH ANDRADE,                       )<br>                                                        )<br>           Defendant.                      ) | Case No. MAG. 11-0319-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH ANDRADE, Case No. MAG. 11-0319-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $ 75,000

__X__ Co-Signed Unsecured Appearance Bond

_____ Secured Appearance Bond

__X__ (Other) Conditions as stated on the record.

_____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/13/2011  at  2:30 pm

By _____
GREGORY G. HOLLOWS
United States Magistrate Judge